1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY BALDWIN,

        Petitioner,

    v.

ROBERT BURTON,

        Respondent.

Case No. 21-cv-04225-RS (PR)

**ORDER TO SHOW CAUSE**

**INTRODUCTION**

Petitioner seeks federal habeas relief under 28 U.S.C. § 2254.  The petition for such relief is now before the Court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases.  The amended petition states a cognizable claim. Respondent shall file a response to the amended petition on or before **June 1, 2022**.

**DISCUSSION**

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).  A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.  Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.  *See Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990).

1    According to the petition, in 1999 petitioner was sentenced to 31 years and 4

2    months pursuant to his state criminal convictions.  (Pet., Dkt. No. 1 at 2.)  He claims his

3    current CDCR release date is inaccurate and he is entitled to an earlier release or parole

4    date.  (Am. Pet., Dkt. No. 12 at 1-4.)  When liberally construed, petitioner has stated a due

5    process claim regarding his release or parole date.

6    **MOTION TO PROCEED IN FORMA PAUPERIS**

7    Because petitioner has paid the filing fee, his motion to proceed *in forma pauperis*

8    is DENIED.  (Dkt. No. 7.)  The Clerk shall terminate Dkt. No. 7.

9    **CONCLUSION**

10   1.  The Clerk shall serve electronically a copy of this order upon the respondent and

11   the respondent's attorney, the Attorney General of the State of California, at the following

12   email address:  SFAWTParalegals@doj.ca.gov.  The operative petition and the exhibits

13   thereto are available via the Electronic Case Filing System for the Northern District of

14   California.  The Clerk shall serve by mail a copy of this order on petitioner.

15   2.  On or before **June 1, 2022**, respondent shall file with the Court and serve on

16   petitioner, an answer conforming in all respects to Rule 5 of the Rules Governing Section

17   2254 Cases, showing cause why a writ of habeas corpus should not be granted based on

18   petitioner's cognizable claims.  Respondent shall file with the answer and serve on

19   petitioner a copy of all portions of the state trial record that previously have been

20   transcribed and that are relevant to a determination of the issues presented by the petition.

21   3.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse

22   with the Court and serving it on respondent's counsel within thirty (30) days of the date the

23   answer is filed.

24   4.  In lieu of an answer, respondent may file, on or before **June 1, 2022**, a motion to

25   dismiss on procedural grounds, as set forth in the Advisory Committee Notes to Rule 4 of

26   the Rules Governing Section 2254 Cases.  If respondent files such a motion, petitioner

27   shall file with the Court and serve on respondent an opposition or statement of non-

28

ORDER TO SHOW CAUSE
CASE NO. 21-cv-04225-RS

opposition within thirty (30) days of the date the motion is filed, and respondent shall file with the Court and serve on petitioner a reply within fifteen (15) days of the date any opposition is filed.

5. Petitioner is reminded that all communications with the Court must be served on respondent by mailing a true copy of the document to respondent's counsel.

6. It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court and respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

7. Upon a showing of good cause, requests for a reasonable extension of time will be granted provided they are filed on or before the deadline they seek to extend.

8. The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** February 22, 2022

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

ORDER TO SHOW CAUSE
CASE NO. 21-cv-04225-RS

3